UNITED STATES of America,
Plaintiff-Appellee,

v.

Fredrick HAGEN, Defendant-Appellant.

No. 17-50090

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 16, 2018

Michael Gregory Freedman, L. Ashley Aull, Assistant U.S. Attorneys, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Fredrick Hagen, Pro Se

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM **

Fredrick Hagen appeals from the district court's judgment and challenges the revocation of probation and the 16-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hagen's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hagen the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Accordingly, we affirm the revocation and sentence.

We remand the case to the district court with instructions to correct the judgment to reflect the revocation of probation, rather than supervised release.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED; REMANDED to correct the judgment.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

